UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dan Pederson *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Donald J. Trump for President, Inc.,<br><br>    Defendant. | Case No. 0:19-cv-02735-JRT-HB |

**DEFENDANT'S MOTION TO DISMISS, COMPEL ARBITRATION, OR STAY**

Defendant Donald J. Trump for President, Inc. ("Defendant") moves to dismiss Plaintiffs' claims with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); in the alternative, to compel arbitration of Plaintiff Dan Pederson's claims pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*; or to stay this action pending the Supreme Court's decision in *Barr v. American Association of Political Consultants*.

This motion supported by Defendant's accompanying memorandum in support of this Motion, and all of the files, records, and proceedings herein.

February 24, 2020                               Respectfully submitted,

/s/ *Benjamin L. Ellison*
Benjamin L. Ellison (#392777)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Phone: (612) 217-8800
Fax: (844) 345-3178
bellison@jonesday.com

Brett A. Shumate*
Kaytlin L. Roholt*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
bshumate@jonesday.com
kroholt@jonesday.com

*Counsel for Defendant Donald J. Trump for President, Inc.*

*motion for admission *pro hac vice* pending

2