# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*367 Commerce Court*
*Vadnais Heights, MN  55127*
*Telephone:  (651) 770-9707*
*Facsimile: (651) 704-0907*
*Internet Address: http://www.consumerjusticecenter.com*

April 8, 2020

*Via ECF*

The Honorable Chief Judge John R. Tunheim
United States District Court
15 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

  **Re:** <u>**Pederson et al v. Donald J. Trump**</u>
    **Our File No.:  11500**
    **COURT FILE NO.: 19-cv-02735-JRT-HB**

Dear Chief Judge Tunheim:

  I am one of the attorneys representing the Plaintiffs in the above-captioned matter. The parties are still briefing Defendant's Motion to Dismiss/Compel Arbitration and the hearing is set for April 27, 2020.  In accordance with the instructions from Your Honor's chambers, Plaintiffs submit the attached recent case from the Northern District of Illinois decided on March 25, 2020 entitled *Wilson v. Redbox Automated Retail. LLC*, No. 19-cv-01993, 2020 WL 1445622 (N.D. Ill. March 25, 2020).  This Telephone Communication Protection Act (TCPA) case, while not binding on this Court, provides analysis supporting Plaintiff's position that the consumer is not bound to an arbitration agreement where there was no assent to the terms of use.

  Thank you for considering this supplemental case.

              Very truly yours,

              *s/Thomas J. Lyons Jr.*
              Thomas J. Lyons Jr.

TJR/aw
Enclosure
Cc: All Counsel of Record (*Via ECF*)