# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*367 Commerce Court*
*Vadnais Heights, MN  55127*
*Telephone:  (651) 770-9707*
*Facsimile: (651) 704-0907*
*Internet Address: http://www.consumerjusticecenter.com*

April 15, 2020

*Via ECF*

The Honorable Chief Judge John R. Tunheim
United States District Court
15 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

      **Re:** **Pederson et al v. Donald J. Trump**
            **Our File No.:  11500**
            **COURT FILE NO.: 19-cv-02735-JRT-HB**

Dear Chief Judge Tunheim:

      I am one of the attorneys representing the Plaintiffs in the above-captioned matter. The parties have completed briefing on Defendant's Motion to Dismiss/Compel Arbitration and the hearing is set for April 27, 2020.  In accordance with the prior instructions from Your Honor's chambers, Plaintiffs submit the attached recent cases from the U.S. Court of Appeals, Second Circuit entitled *Duran v. La Boom Disco, Inc.*, 2020 WL 1682773 (2nd Cir. April 7, 2020) and another one from this District entitled *Engen v. Grocery Delivery E-Services*, 19-cv-2433 ECT/TNL, 2020 WL 1816043 (D. Minn. April 10, 2020).  These Telephone Communication Protection Act (TCPA) cases, while not binding on this Court, provide additional analysis supporting Plaintiffs' position on the ATDS issues raised in the aforementioned Motion.

      Thank you for considering this supplemental case law.

                                Very truly yours,

                                *s/Thomas J. Lyons Jr.*
                                Thomas J. Lyons Jr.

TJR/aw
Enclosures
Cc:    All Counsel of Record (*Via ECF*)