## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dan Pederson *et al.*,

                  Plaintiffs,

v.

Donald J. Trump for President, Inc.,

                  Defendant.

Case No. 0:19-cv-02735-JRT-HB

## DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) AND FOR A STAY OF PROCEEDINGS

Defendant Donald J. Trump for President, Inc. ("Defendant") moves the Court for an order (1) certifying the Court's June 8, 2020 Order for interlocutory appeal, pursuant to 28 U.S.C. § 1292(b); and (2) staying further proceedings in this case pending appeal.

This Motion is supported by Defendant's accompanying Memorandum of Law in Support of Its Motion, and all of the files, records, and proceedings herein.

June 15, 2020                              Respectfully submitted,

                                          /s/ *Benjamin L. Ellison*
                                          Benjamin L. Ellison (#392777)
                                          JONES DAY
                                          90 South Seventh Street, Suite 4950
                                          Minneapolis, MN 55402
                                          Phone:  (612) 217-8800
                                          Fax:  (844) 345-3178
                                          bellison@jonesday.com

                                          Brett A. Shumate*
                                          Kaytlin L. Roholt*
                                          JONES DAY
                                          51 Louisiana Avenue, N.W.
                                          Washington, D.C.  20001
                                          Phone:  (202) 879-3939
                                          Fax:  (202) 626-1700
                                          bshumate@jonesday.com
                                          kroholt@jonesday.com

                                          *Counsel for Defendant Donald J. Trump for President, Inc.*

                                          *admitted pro hac vice*