## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 0:19-cv-02735-JRT-HB

| | |
|---|---|
| SHELL WHEELER, CONNOR OLSON and DAN PEDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., a principal campaign committee, and AMERICAN MADE MEDIA CONSULTANTS, LLC,<br><br>Defendants. | **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

Plaintiffs SHELL WHEELER, CONNOR OLSON and DAN PEDERSON ("Plaintiffs"), by counsel, and Defendant DONALD J. TRUMP FOR PRESIDENT, INC. and Defendant AMERICAN MADE MEDIA CONSULTANTS, LLC, by counsel, hereby stipulate and agree that this action shall be dismissed, with prejudice, as to all individual claims asserted by Plaintiffs against Defendants, and without prejudice as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)., , with each party to bear its own costs and attorneys' fees.

Dated: November 6, 2020

By: */s/Thomas J. Lyons Jr.*
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court

Vadnais Heights, MN 55127
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com

Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: November 6, 2020

By:*/s/ Benjamin L. Ellison*
Benjamin L. Ellison (#392777)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Phone:  (612) 217-8800
Fax:  (844) 345-3178
bellison@jonesday.com

Brett A. Shumate
Kaytlin L. Roholt
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Phone:  (202) 879-3939
Fax:  (202) 626-1700
bshumate@jonesday.com
kroholt@jonesday.com

*Counsel for Defendant Donald J. Trump for President, Inc.*

Dated: November 6, 2020

By:*/s/ Michael S. Kreidler*
Michael S. Kreidler (#0058191)
STITCH ANGELL KREIDLER & UNKE PA

France Place
3601 Minnesota Drive, Suite 450
Minneapolis, MN 55435
Telephone: 612-333-6251
Facsimile: 612-333-1940
E-mail: mkreidler@stichlaw.com

ROBBIE MALONE*
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV*
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
Mike Frost*
Iowa State Bar No. 19159
Email: mfrost@mamlaw.com
MALONE FROST MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*Counsel for Defendant American Made Media
Consultants, LLC*