# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2239

_____

Dan Pederson, on behalf of themselves and all others similarly situated; Connor Olson, on behalf of themselves and all others similarly situated; Shell Wheeler, on behalf of themselves and all others similarly situated

Plaintiffs - Appellees

v.

Donald J. Trump for President, Inc., a principal campaign committee

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-02735-JRT)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 06, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans