## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAN PEDERSON, et al, | Civil No. 19-2735 (JRT/HB) |
| Plaintiffs, | |
| v. | |
| | **ORDER OF DISMISSAL** |
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | |
| Defendants. | |

---

Thomas J Lyons, Jr, **CONSUMER JUSTICE CENTER P.A.,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiffs.

Benjamin L. Ellison, **JONES DAY,** 90 South Seventh Street, Suite 4950, Minneapolis, MN 55402, for defendant Donald J. Trump for President, Inc.

Michael S Kreidler, **STICH ANGELL KREIDLER & UNKE, P.A.,** 3601 Minnesota Drive, Suite 450, Minneapolis, MN 55435, for defendant American Made Media Consultants, LLC.

The parties have stipulated to dismissal of this action with prejudice. [Docket No. 100]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 23, 2020
at Minneapolis, Minnesota.

                                                             s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                            Chief Judge
                                                            United States District Court