# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dan Pederson, Connor Olson, Shell Wheeler, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 19-cv-2735 JRT/HB |
| Donald J. Trump for President, Inc., American Made Media Consultants, LLC, | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is DISMISSED WITH PREJUDICE, each party to bear its own costs, disbursements, and attorney's fees.

Date: 11/24/2020                                         KATE M. FOGARTY, CLERK